IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CAROLYN MCCLUNG, | ) | |
|---|---|---|
| | ) | Case No.3:10-cv-00217-SLG |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that all claims asserted or that could have been asserted by Plaintiff in this action are dismissed with prejudice, with each side to bear its costs, expenses, and attorney's fees.

Dated: this 19th day of March, 2013.

                                                  */s/ Sharon L. Gleason*
                                                United States District Judge